

# NUMBER 13-22-00017-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THOMAS H. JOHNSON, IDA LEE,
HAROLD FRED NOBLES, GEORGE
MCNARY, MERCEDEE BRAWLEY,
DONNA KAY ROBINSON, AND
THE UNKNOWN HEIRS OF
LETHIA MCNARY,                                              Appellants,

v.

DENISE NOBLES,                                              Appellee.

## On appeal from the 24th District Court
## of DeWitt County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Memorandum Opinion by Justice Benavides

On January 12, 2022, appellants filed a notice of appeal. On March 10, 2022, the

Clerk of the Court notified appellants that the clerk's record in the above cause was due

on February 11, 2022, and that the district clerk, Ms. Esther Ruiz, had notified this Court that appellants failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellants of this failure so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that if arrangements to pay for the clerk's record and proof of payment were not made and filed within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellants failed to comply with the notice from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
19th day of May, 2022.

2